Per Curiam.

(No. 73-CC-15)

R. Carreira, M.D., Claimant, vs. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed April 26, 1973.*

DR. R. CARREIRA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.